# STATE OF MICHIGAN

# COURT OF APPEALS

JAMES C. HIGGS and REBECCA R. HIGGS,

        Plaintiffs/Counter Defendants-
        Appellants,

and

KURT FEIGHT,

        Plaintiff,

v

TERRI RAMON AND TERRY LOTT,

        Defendants/Counter Plaintiffs-
        Appellees.

UNPUBLISHED
May 5, 2015

No. 321102
Isabella Circuit Court
LC No. 2012-010254

Before: OWENS, P.J., and JANSEN and MURRAY, JJ.

OWENS, P.J., *(concurring)*.

        I concur in the result only.

                /s/ Donald S. Owens

-1-